SEALED MATERIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-mj-2097

FILED
DEC 0 8 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT EDNC
BY _____ DP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | (UNDER SEAL) |
| ABDIL NASSER AHMED ALMUWALLAD ) | |
| ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This ___7___ day of December, 2010.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

3